**No. 44991.**—Protest 783707–G of Burr & Keeler (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44992.**—Protests 546702–G, etc., of American Scotti Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44993.**—Protests 882833–G, etc., of Saks & Co., Inc. (New York).

Opinion by Oliver, P. J.   It was stipulated that the merchandise consists of atomizers similar to those the subject of Abstract 44140.   The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 44994.**—Protests 930294-G(A), etc., of A. Cohen & Sons Corp. et al. (New York).

Opinion by Oliver, P. J.   It was stipulated that the merchandise consists of atomizers similar to those the subject of Abstract 44140.   The claim at 60 percent under paragraph 218(f) was therefore sustained.